IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

FILED
2008 MAR - 7 DB

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

JOHN D. RUDD,

    Plaintiff

v.

CHUBB NATIONAL INSURANCE
COMPANY

CASE NO.: 3 08 0240

JUDGE ECHOLS

## NOTICE OF REMOVAL

Defendant hereby gives notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of an action filed against it as follows:

The action is styled *John D. Rudd, v. Chubb National Insurance Company*, No. 056687 in the Circuit Court for Rutherford County, Tennessee. A copy of the Complaint is attached as Exhibit A.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states. Plaintiffs seek in excess of $75,000 in damages, in excess of the federal jurisdiction requisite. Defendant was served with the Complaint on March 4, 2008. Less than thirty days have expired since service of the Complaint. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

WHEREFORE, defendant hereby gives notice of the removal of this action pending in the Circuit Court for Rutherford County, Tennessee, to the United States District Court, Middle District of Tennessee, and requests that the proceedings be held thereon.

William B. Jakes, III (#10247)
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been placed in the United States mail, postage prepaid to Edward A. Hadley, NORTH, PURSELL, RAMOS & JAMESON, PLC, 414 Union Street, Bank of America Plaza, Suite 1850, Nashville, TN 37219-178301 this 7th day of March, 2008.

William B. Jakes, III