IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN D. RUDD | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:08-CV-00240 |
| | ) | JUDGE ECHOLS |
| CHUBB NATIONAL INSURANCE | ) | |
| COMPANY | ) | MAGISTRATE JUDGE GRIFFIN |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to the provisions of Rule 56, F.R.C.P., the defendant Chubb national Insurance Company ("Chubb") moves the Court for an order granting partial summary judgment in its favor. The defendant submits that there is no genuine issue of any material fact and that it is entitled to judgment as a matter of law. Specifically, Chubb submits that plaintiff's claims that they are entitled to recover under the extended replacement cost provisions of the insurance policy in question are not permitted under the policy.

In support of this motion, the defendant relies upon the statement of undisputed facts, pleadings, the policy of insurance, and the memorandum of law which are filed contemporaneously with this motion.

/s/ William B. Jakes, III
                                        William B. Jakes, III (#10247)
                                        HOWELL & FISHER, PLLC
                                        Court Square Building
                                        300 James Robertson Parkway
                                        Nashville, TN  37201-1107
                                        (615) 244-3370
                                        Attorney for Defendant Chubb National
                                        Insurance Company

**CERTIFICATE OF SERVICE**

    I certify that on May 29, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Edward A. Hadley
NORTH, PURSELL, RAMOS & JAMESON, PLC
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, TN 37219

                                        /s/ William B. Jakes, III
                                        William B. Jakes, III

2