IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN D. RUDD, and | ) | |
| DEBRA A. GONZALEZ, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:08-0240 |
| | ) | |
| vs. | ) | |
| | ) | Judge Echols |
| CHUBB NATIONAL | ) | |
| INSURANCE COMPANY | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.01, Plaintiffs move the Court for judgment in their favor on the grounds that no genuine issue exists as to any material fact and they are entitled to judgment in their favor as a matter of law. This Plaintiffs seek a declaratory judgment construing the "extended replacement cost" provision of an insurance policy issued by Defendant and insuring a residence owned by Plaintiffs. This case presents a legal question of first impression in Tennessee law regarding the legal interpretation of "extended replacement cost" provision of the insurance policy.

The Plaintiffs simultaneously file and rely upon:

1. A State of Material Facts pursuant to Local Rule 56.01(b); and

2. A Memorandum Brief.

Respectfully Submitted:

*Edward A. Hadley*

Edward A. Hadley, #16717
NORTH, PURSELL, RAMOS & JAMESON, PLC
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, Tennessee 37219-1783
(615) 255-2555
Attorney for PlaintiffS John D. Rudd
and Debra A. Gonzalez

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served through the Court's Electronic Court Filing System (CM/ECF) upon:

William B. Jakes, III
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, Tennessee 37201
(615) 244-3370
Attorney for Defendant

on this the 29th day of May, 2008.

*Edward A. Hadley*

Edward A. Hadley