IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN D. RUDD | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:08-CV-00240 |
| | ) | JUDGE ECHOLS |
| CHUBB NATIONAL INSURANCE | ) | |
| COMPANY | ) | MAGISTRATE JUDGE GRIFFIN |

## NOTICE OF FILING

Notice is hereby given that Exhibit 1 identified in footnote 1 of defendant's Reply Brief, Document 29, filed November 26, 2008, is filed herewith.

    /s/ William B. Jakes, III
William B. Jakes, III (#10247)
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201-1107
(615) 244-3370
Attorney for Defendant Chubb National Insurance Company

## CERTIFICATE OF SERVICE

I certify that on December 3, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Edward A. Hadley
NORTH, PURSELL, RAMOS & JAMESON, PLC
414 Union Street
Bank of America Plaza, Suite 1850
Nashville, TN 37219

                                                                /s/ William B. Jakes, III
                                                                William B. Jakes, III