IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN D. RUDD and DEBRA A. )
GONZALEZ )
) No. 3-08-0240
v. )
)
CHUBB NATIONAL INSURANCE )
COMPANY )

O R D E R

On April 3, 2009, the parties filed an agreed order of dismissal (Docket Entry No. 44).

As a result and based on prior notification from counsel for the parties, the settlement conference, tentatively scheduled by order entered March 26, 2009 (Docket Entry No. 43), for April 10, 2009, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols for his consideration of the parties' agreed order of dismissal.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered May 2, 2008 (Docket Entry No. 12), the pretrial conference and trial were scheduled on May 18, 2009, and June 16, 2009, respectively.