IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

JOHN D. RUDD and )
DEBRA A. GONZALEZ )
 )
v. ) CASE NO.: 3:08-CV-00240
 ) JUDGE ECHOLS
CHUBB NATIONAL INSURANCE )
COMPANY )

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that the parties have agreed that this matter should be dismissed with prejudice.

It is, therefore, ORDERED that this matter be and hereby is dismissed with prejudice. The parties shall bear their own costs.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_____
Edward A. Hadley (#16717)
NORTH, PURCELL, RAMOS & JAMESON, PLC
Bank of America Plaza, Suite 1850
414 Union St.
Nashville, TN 37219-1783
(615) 255-2555
Attorney for Plaintiffs

_____
William B. Jakes, III (#10247)
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN  37201-1107
(615) 244-3370
Attorney for Defendant